PROB 12A
(REVISED 5/2011)

# United States District Court
for
## Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: <u>Montrell Tomlin</u>  Case Number: <u>3:09-00049-8</u>

Name of Judicial Officer: <u>Honorable William J. Haynes, Jr., Chief U. S. District Judge</u>

Date of Original Sentence: <u>July 11, 2011</u>

Original Offense: <u>Conspiracy to Possess with Intent to Distribute a Quantity of Marijuana, 21 U.S.C. 846.</u>

Original Sentence: <u>2 years' Probation.</u>

Type of Supervision: <u>Probation</u>  Date Supervision Commenced: <u>July 11, 2011</u>

Assistant U.S. Attorney: <u>Lynne Ingram</u>  Defense Attorney: <u>Kimberly Hodde</u>

---

**THE COURT ORDERS:**

☒ No Action  *as recommended*
☐ Submit a Petition for Summons
☐ Submit a Petition for Warrant
☐ Other

Considered this _1st_ day of
_May_, 2013, and made a part of the records
in the above case.

_____
Honorable William J. Haynes, Jr.
Chief U. S. District Judge

I declare under penalty of perjury that
the foregoing is true and correct.
Respectfully submitted,

_____
Lisa A. Capps
Sr. U.S. Probation Officer

Place:  Columbia, Tennessee

Date:  April 26, 2013

## ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation No. | Nature of Noncompliance |
|---|---|

**1.** **Shall not leave the judicial district without the permission of the probation officer:**

On February 15, 2013, Montrell Tomlin traveled to Hardeman County, Tennessee, which is in the Western District of Tennessee, without permission of this officer. Mr. Tomlin admitted he had traveled to Hardeman County, Tennessee, on a child support matter.

**2.** **Shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer:**

Mr. Tomlin self-surrendered on a warrant for contempt of court - child support on February 15, 2013, and failed to notify the probation officer of this contact with law enforcement.

**Compliance with Supervision Conditions and Prior Interventions:**

Montrell Tomlin is a resident of Davidson County, Tennessee, and has been under the federal supervision of the U.S. Probation Office since July 11, 2011. He is employed selling newspapers. He lives with his wife and children in Nashville, Tennessee. The probation officer completes frequent surprise home visits at the offender's residence, and he is often at home.

A 12B petition was filed on February 8, 2012, which notified the Court of the offender's positive drug screen for marijuana, and requested a hearing to modify the offender's conditions of probation to include substance abuse treatment. Said petition was signed by Your Honor on February 15, 2012. A modification hearing was held on February 24, 2012, at which time all parties agreed to the proposed modification. Since that time, the offender has been enrolled in a drug treatment program at Centerstone, in Madison, TN, as well as the U.S. Probation Office's drug testing program.

A 12A petition was filed on June 6, 2012, which notified the Court of the offender's citation for Driving on a Suspended License in Rutherford County. Said petition was signed by Your Honor on June 8, 2012, ordering no action, as recommended.

On July 16, 2012, a 12A was filed, notifying the Court of the offender's positive drug screen for marijuana. Said petition was signed by Your Honor on July 23, 2012, ordering no action, as recommended.

On September 17, 2012, another 12A was filed, notifying the Court that the Driving on Suspended License charge in Rutherford County, Tennessee, was disposed of on August 31, 2012, at which time, the offender pled guilty and was sentenced to 30 days' in jail, suspended to 30 days' probation.

On February 19, 2013, this officer received information from the Hardeman County, Tennessee, Sheriff's Department that Mr. Tomlin had self-surrendered on a warrant for contempt of court - child support, paid a $2,500 cash bond, and was released with a court date of February 21, 2013.

Later that same day, Mr. Tomlin was questioned about leaving the district without permission and failing to notify the probation officer of contact with law enforcement. Mr. Tomlin stated that he had received paperwork in the mail from the child support office in Hardeman County, Tennessee, and knew there was a warrant for his arrest. The offender decided to take care of the matter and traveled to Hardeman County on February 15, 2012. Mr. Tomlin advised that he returned to the Middle District of Tennessee the same day, after bonding out of jail. This officer verbally reprimanded Mr. Tomlin for leaving the district without permission and for failing to notify this officer of his contact with law enforcement. He was also re-instructed as to the conditions of his release.

## U.S. Probation Officer Recommendation:

At this time, the probation officer is requesting that no additional action be taken by the Court. It is recommended Mr. Tomlin continue on supervised release and undergo increased monitoring by the probation officer. Any additional violations will be reported to the Court in a timely manner.

Approved
Burton Putman
Supervisory U.S. Probation Officer